|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| CORTEZ DAUNDRE JONES, | CASE NO. C23-1287JLR |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| SCORE JAIL, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is a motion by *pro se* Plaintiff Cortez Daundre Jones styled as objections to a denial of his application to proceed *in forma pauperis* ("IFP"). (Obj. (Dkt. # 4).) Mr. Jones's IFP motion is currently pending before Magistrate Judge Michelle L. Peterson and has not yet been denied. (*See* IFP Mot. (Dkt. # 1); *see also* Dkt.) Regardless, if Magistrate Judge Peterson ultimately recommends that the court deny Mr. Jones's IFP application, he will not be entitled to object to such an order. *See Minetti v.*

MINUTE ORDER - 1

*Port of Seattle*, 152 F.3d 1113, 1114 (9th Cir. 1998).  Accordingly, the court STRIKES Mr. Jones's objections (Dkt. # 4).

Filed and entered this 30th day of August, 2023.

                                              RAVI SUBRAMANIAN
                                              Clerk of Court

                                              s/ Ashleigh Drecktrah
                                              Deputy Clerk

MINUTE ORDER - 2