1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8   CORTEZ DAUNDRE JONES,

9                    Plaintiff,            Case No. C23-1287-JLR

10        v.                               REPORT AND RECOMMENDATION

11   SCORE JAIL, *et al.*,

12                    Defendants.

13

14        Plaintiff Cortez Daundre Jones, proceeding *pro se*, has filed an application to proceed *in*

15   *forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff's IFP application

16   indicates that he is currently employed, receiving $35,000 monthly; has other income of at least

17   $324,000 over the past twelve months; has received $32,000 in disability, workers compensation

18   or public assistance over the past 12 months, and owns $324,000 in stocks. (*Id.* at 1-2.) Plaintiff

19   describes monthly obligations of $4,000 for transportation, rent, and medical bills, but crossed

20   out this amount on his application; indicates he has no cash on hand or in a bank account, and

21   represents he cannot afford the filing fee due to his medical bills and inability to work due to his

22   disabilities. (*Id.* at 2.)

23

REPORT AND RECOMMENDATION - 1

1      28 U.S.C. § 1915 provides the rights and obligations associated with IFP status, which

2  exempts applicants from prepaying filing fees and costs in federal court. *See Floyd v. Lee*, 85 F.

3  Supp. 3d 482, 492-93 (D.D.C. 2015) (citing *Rowland v. Cal. Men's Colony*, 506 U.S. 194, 196

4  (1993)). The IFP statute requires applicants to "submi[t] an affidavit that includes a statement of

5  all assets . . . [and that states] that the person is unable to pay . . . fees or give security therefor."

6  *Id.* at 493 (citing 28 U.S.C. § 1915(a)(1)). But if the Court determines "at any time" that "the

7  allegation of poverty is untrue," it "shall dismiss the case . . . ." *Id.* (citing § 1915(e)(2)(A)).

8      Here, the information provided in Plaintiff's IFP application is inconsistent with that

9  contained in numerous other IFP applications Plaintiff recently filed in this Court, including

10 applications contemporaneously filed with this action. *See e.g.*, *Jones v. Snohomish County Jail*,

11 C23-1295-RAJ, dkt. # 1 (reflecting Plaintiff is not employed, has not received any money from

12 any source in the past twelve months, has no cash on hand, no money in a checking or savings

13 account, and has no monthly expenses); *Jones v. Harrell*, C23-1153-RSM, dkt. # 1 at 2

14 (collecting cases and finding Plaintiff submitted false IFP applications because Plaintiff provides

15 "no explanation for how he suddenly lost over $300,000 in assets or his annual salary of

16 $35,000.00" between his submission of IFP applications).[1] Furthermore, if the information

17 provided on his IFP application is accurate, Plaintiff fails to demonstrate that he cannot afford

18 the $402.00 filing fee. Given these circumstances, Plaintiff should not be authorized to proceed

19 IFP.

20     After careful consideration of Plaintiff's IFP application, the governing law, and the

21 balance of the record, the Court recommends Plaintiff's IFP application (dkt. # 1) be DENIED

22 and that Plaintiff be directed to pay the applicable filing fee within **thirty (30) days** after entry of

23

---

[1] The Court additionally notes that Plaintiff has filed at least 57 cases in this Court between August 2, 2023, and August 30, 2023.

REPORT AND RECOMMENDATION - 2

1    the Court's Order adopting this Report and Recommendation. If Plaintiff fails to pay the fee, the

2    Clerk should close the file. A proposed Order accompanies this Report and Recommendation.

3          This Report and Recommendation is not an appealable order. Thus, a notice of appeal

4    seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the

5    Honorable James L. Robart acts on this Report and Recommendation. The Clerk is directed to

6    send copies of this Report and Recommendation to Plaintiff and to Judge Robart.

7          Dated this 30th day of August, 2023.

8

9                                              MICHELLE L. PETERSON
                                               United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

REPORT AND RECOMMENDATION - 3