UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTEZ DAUNDRE JONES,<br><br>    Plaintiff,<br> v.<br><br>SCORE JAIL, et al.,<br><br>    Defendants. | CASE NO. C23-1287JLR<br><br>ORDER |

On August 30, 2023, the court adopted Magistrate Judge Michelle L. Peterson's report and recommendation, in which she recommended that the court deny *pro se* Plaintiff Cortez Daundre Jones's motion to proceed *in forma pauperis* ("IFP"). (*See* 8/30/23 Order (Dkt. # 7); *see also* R&R (Dkt. # 6).) The court ordered Mr. Jones to pay the filing fee by September 29, 2023, and warned him that this case would be dismissed if he failed to do so. (*See* 8/30/23 Order at 1.)

//

ORDER - 1

1   The September 29, 2023 deadline has now passed, and Mr. Jones has not paid the filing fee. (*See generally* Dkt.) Accordingly, the court DISMISSES this action without prejudice.

Dated this 2nd day of October, 2023.

*[signature]*

JAMES L. ROBART
United States District Judge